# Information4

Yahoo/Sent

- 

   **KAREN BROADWAY** <karen.broadway@eeoc.gov>

   **To:**waynetta patterson

   Wed, Dec 29, 2021 at 1:58 PM

   Ms. Patterson,,

   I am in need of any additional information that you may have including witnesses and contact information that will support the harassment and atmosphere. Please provide any additional information that you wish no later than Friday, January 7, 2021.

   Thank you,

   Karen M. Broadway

   Investigator

   Phone: (629) 236-2263

   Email: karen.broadway@eeoc.gov

      - 
      - 
      - 
      - 

-

**waynetta patterson** <waynettapatterson33@yahoo.com>

**To:**KAREN BROADWAY

Mon, Jan 3 at 8:07 PM

Good Afternoon,

Hope all is well. Praying you had a blessed year and in preparation for the next.

Thank you for following up with me. I know this is a crazy claim. I honestly didn't know what to think any more.

Ms. Karen, it's been so long, I don't know if the individuals/employees are still employed there.

I reviewed my initial charge to assist with refreshing my memory. So please bear with me. I will try to remember as much as possible.

**Information I copied the compiled information from my charge is below. My responses will be in bullet or purple or bold form.**

I worked for the above-named employer as a Staff Development Instructor from October 14, 2019 until my termination on April 17, 2020.

The employer has more than fifteen employees.

During my employment, I was subjected to harassment and different terms and conditions of

employment than others not of my race(black).

- o When we were in training during October 2019 and November 2019 of the opening of this facility, the majority (99%) of the staff was black. Corporate was white. I noticed the Corporate Trainer Mrs. Liz McCown, had anxiety issues and she smoked constantly, she always seemed nervous and very lenient with the training sessions. One day I asked her what was wrong she said I have never worked with a group this size (30-40) and that she didn't want to work with a group of animals. Her groups in Wayne County are small and majority white. So, I asked her so have you ever worked

with a large group of black people, she said no, they don't really hire black people there. She said it's a small redneck town, so she told me to imagine from there. So, after that conversation, I was fully aware and clear. I was shocked of what she said but I was glad she told the truth. She would make other comments, but I overlooked them because she was my superior and I knew she would be leaving at the end of October. I was hurt.

- o She continued training as much as should, the more into the training sessions, I was hearing the trainees say that she was racist. We had to work together for reporting and training purposes because this was my position. She provided my name to Mr. Crews for the Staff Development Instructor position. She would never allow me to talk to Mr. Crews, the Executive Director, I had to wait on his decision because he wanted to hire someone else. So, I received a call stating I had the position, and I can start right away.

- o I asked if they were going to change my pay from YSO, Youth Service Officer, to Staff Development Instructor pay and I was told no, they will not be able to. But when Ms. Erika Kemble (white), the Human Resource Assistant was hired in our department, she received a higher pay than me even though I was more qualified for her and my position, more experienced, and more educated in this field. The rumor was that she was Mr. Crew's niece, and they wouldn't hire anyone in this position but someone he knew. She was very unqualified, I had to assist her with some of the paperwork and policies in our department, Human Resources. She pretended to be nice when she was not. When it was time report the work, she would not tell me anything I had to find out. Even though she knew, she would intentionally not tell me. Instead of causing confusion, I refer to Mrs. McCown.

- o Phlonda Davis (black), the Administrative Assistant at the time constantly requested a pay raise and she was told they couldn't pay her more. **Disclaimer** This was my witness and person of contact for my claim, but I have not spoken to her since after a few months that I was terminated. I was also assisting her with her tasks because she was not fully knowledgeable of her position. I assisted her while I was employed and a few months after I was terminated. She too felt discriminated against.

- o Mr. Johnson(black)- Mr. Johnson, the former Facility Administrator, he was identified as being racist toward black people. For example, I have witness him discussing a task with the black employees and then would give the tasks to the white employees. I have also been a victim of this, I had an idea that I presented to Mr. Jason Crews (white), Mr. Tom Irwin (black), Mr. Jeremy Caine (white), Mr. Jeremy (white), the Vice President, regarding ideas to promote the positions we needed for the facility, Mr. Crews told Mr. Tom Irwin to assist me. He did and I had to discuss the information with Mr. Johnson. When I discussed this information with him, he told me to give everything to Ms. Erika Kemble and let her coordinate

it. I explained to him that Mr. Irwin, his boss, told me to bring it to his attention that I would be working on this project, and he if he can provide with the things I need, and he said that he didn't care and to give it to Ms. Kemble because they need a specific look for the company. I was hurt and crushed. Even though we were all in this same meeting an hour prior, and he heard Mr. Crews tell Mr. Irwin to get with me after the meeting, he still told me to give it to her. I did, I told her if she needs anything from me let me know. She said she don't know why he told me to bring it to her because she doesn't know what to do, it was my idea. From this day, when we had meetings, they asked her for updates, and she did not have any follow ups and she stated she hadn't gotten to it yet. A great idea put on the back burner. I was willing to orchestrate this project because I had the experience, and we needed employees.

- In addition, I was reprimanded for statements about a working relationship with one of the employee Mr. Johnson (black) and Mrs. Leah Sorenson-Morrissett (white), the Case Management Department. But what I found through some investigation of my own and someone provided the information to me after they found out about him reprimanding me, was that the Principal, Dr. Sam Braden (black), told staff that Mr. Johnson and Mrs. Sorenson-Morrissett was in his class alone and she was sitting in Mr. Johnson's lap. Mrs. Sorenson-Morrissett was always in his office to the point that other employees were getting upset because he would allow her to attend confidential meetings with staff. He used her position as a reason even though it had nothing to do with her department. These were personal meetings. Mr. Johnson would hang out in the dorms with Mrs. Sorenson-Morrissett in the mornings and they would leave with one another. When I wanted to discuss or report anything to Mr. Johnson, she was there. Her work was always behind. But when Mr. Larry Morrissett (white), which is now Mrs. Leah's husband, arrived as the Facility's Corporate Coordinator, the behavior stopped, and Mr. Alberto Mendoza (Hispanic) replaced Mr. Johnson as Facility Administrator. Mr. Johnson is now or was the FA for the Mountain View location still under the direction of the Wayne Halfway House, LLC/ Hollis Academy.

- When the facility was in need to certify me and another employee for Handle with Care Certification (HWCC), the original employee was Mr. Green (black) and myself. Mr. Green was one of the Security Supervisors that needed to be certified for the Security staff personnel but instead corporate cancelled his class and added Mrs. Leah Sorenson-Morrissett (white). Which caused some hostility from staff because security staff needed a certified HWC Trainer in addition to the Trainer, as well. I addressed this with Mr. Jeremy Caine and Mr. Tom Irwin, and I was told they don't know why it was changed.

- There were 2 employees working under Mrs. Sorenson-Morrissett that were black. The black male was terminated while he was off. She had falsified his case management documentation and intentionally provided a strict deadline that was impossible to meet. She even demoted the black

female because she felt she was not competent to do her work, but this was not true, she had enough experience to run the department. Both employees were well qualified for the position, she retaliated because they were explaining to her the correct way to complete case management procedures. The more they tried to assist her, she intentionally added more tasks. Even though she had not completed her degree for mental health which is what department she was supposed to supervise. When they were no longer in the department Mrs. Sorenson-Morrissett stated she was so much happier, and things are much better.

I filed an ethics report with corporate due to the treatment of myself and others of my race (black) including the race(black) children in our care.

- o  I witnessed corporate members provide better care to the white children than the other children. Some corporate staff will bypass the black children and talk to the white children. When the black children filed a grievance, it was discarded or ignored. So, the black children will respond by being disrespectful to staff, fight each other, and fighting staff.
- o  I reported this information to the FA, Security Supervisors, and Director of Security, and corporate staff, Mr. Tom Irwin and it did not get any better. I shared the continuous complaints and yet I was ignored and told that was not my department and worry about Training.
- o  I applied for the Youth Council to organize and coordinate, I provided a proposal and blueprint, from experience, to the Director of Security and it was discarded. I was ignored and told they haven't reviewed it yet when I followed up. Finally, after at least 2 months I was told that Mr. Johnson doesn't think it was best idea for me to spearhead this project. And they had the mental health employees, Mrs. Leah Sorenson-Morrissett, and her staff (white) to get it started. It did not last long because the children resented them and would not attend. The children asked Mr. Johnson why I couldn't coordinate it, he told them that I had too much to do already. Which I did not have a training schedule and I included in the proposal my schedule for training and the Youth Council and how they would not affect either one. but I was denied.
- o  I created and presented a proposal for correcting some of the concerns, matters, and issues within the facility from staff to youth to facility infrastructure. I sent this email to corporate and yet it took over 2 months to receive a response. Every meeting I was never approached, or it was never addressed in the meetings, but I was told through email that Mr. Tom Irwin would contact me regarding the email. I sent this email to Jason Crews (white), Jeremy Caine (white), Jeremy, Vice President (white). And yet they will send Mr. Tom Irwin (black). Only that Mr. Tom had his own facility to run. So, I address these concerns of the racism or prejudice in the workplace. Mr. Tom agreed but gave me advice to continue to do my work because I am hard worker and things are not going to change unless they change themselves. I expressed how the children are being

neglected in situations and he clearly understood, and he stated he would discuss this information to Jason Crews.

- o I contacted Mr. Allen White (white) regarding the treatment from Ms. Erika Kemble (white) and he placed me on speaker in a meeting they were having. I realized that it didn't matter what I told him, because someone was laughing in the background. He blew me off, so I apologized to him through text for saying anything and that it was unprofessional, and I never received a response back.
- o Mr. Albert Mendoza (Hispanic) and Ms. Brandi Gaskins (white) constantly gave me problems in the training. When Ms. Gaskins was hired for the Security Supervisor position, I was harassed over a weekend when my mom was sick and I was unable to communicate by Mrs. Sorenson-Morrissett and Ms. Kemble, when I politely verbally and through email informed them that I do not want to receive calls over the weekend because this is my personal time. I will resume on the following week. Yet, it did not matter, if I contacted them, it would take days for a response through email or verbal. And they would treat me as if I was beneath them when we talked. In addition, they continued to email me through Sunday night, so I finally told them I will respond on Monday when I return to my office. And I did, I included Mr. Allen White, Mrs. Liz McCown on the email. I contacted Mrs. Liz McCown to have the email reviewed, approved, and authorize to send. She approved it and I sent it. Ms. Gaskins, Mr. Larry Morrissett, and Mr. Alberto Mendoza was in an ongoing investigation from the prior facility for illegal practices, child neglect and endangerment, and supposedly a child's death from the HWC procedure conducted by Ms. Gaskins. I was provided this information by an employee from the prior facility they were employed. The children did not like either employee. The children talked about the prejudices, the aggressive behavior only at the black children, the threats, and falsification of documents.
- o After I was terminated, I was told that Mr. Mendoza did not want me as a Trainer because they need Ms. Gaskins it's a better look for the company. I couldn't believe it because I dressed comfortable but professional because I was a trainer. I discussed the guidelines with Mrs. McCown about my position.
- o I requested HWC documentation from Mr. Larry Morrissett, Mr. Alberto Mendoza, and Ms. Brandi Gaskins for weeks and they would not provide them to me. I had to report and document the employees' files for auditing reasons and yet I explained this to them, all I received was backlash from Mr. Alberto Mendoza through email. I had been in this profession for almost 10 years, and I love it, in so many capacities and I knew my job even through policy and anything I requested they ignored me or would have an attitude.
- o When Mr. Mendoza was hired, he refused to sit in class and cooperate. The class was wondering what's wrong with him, why does he have it out for me. I said I am not sure. I have never seen this man before, only on

the phone, and even then, he had an aggressive attitude. I did not disrespect him or give him the wrong impression. I just wanted to schedule his training.

- o Mr. Mendoza would interrupt my training sessions disrespectfully. He told me that he is the FA and he can do what he wants. I addressed an issue with Ms. Gaskins about a scheduling issue that a trainee had because she would not listen to them, and Mr. Mendoza stated he believes everything she does, and he always will. The trainee was so upset because of the way Mr. Mendoza and Ms. Gaskins treated him (black) that he told me he quit. I had to calm him down and talk to him about staying. He said I will stay because of you Ms. Patterson. And with this same day, there was a young lady (white) in my class that wanted to work on the dorms with the children, but they would not allow her to work on the dorms they wanted her to work in Master Control which was already full of Supervisors and security. To think of it, I was an employee there and there has never been an actual white female employee to have a YSO position. They always place them in other positions. But they would send the black females on the dorms. This young lady couldn't understand why she was unable to work with children when that was her actual position she applied for. I told her to ask and see why. I even told her that is strange because we need YSOs we are short staff, and our ratio must be fulfilled for each dorm that is the point of hiring. I was told that the 2 black men in my class will go to the dorms, but the young white lady would not. I asked why, and I was ignored. So, I told her that maybe they are protecting her or maybe because she is young or because she is a white female because we have never seen a white female on the dorm, they always find another position for them. I was not being mean, I just wanted to tell her the truth. She said well I am going to ask because I want to be on the dorms. It was a weird day. But I noticed that she was reporting other information. She was recording me in class for them. So, I played along with her, and I veered off my training sessions and talked about anything and everything. Also, I noticed that Ms. Mimi (black) and Mr. Mendoza kept visiting my training sessions that day more than usual. This was before the young lady responded about the position. So, I welcomed them in and asked them to assist me with my classes. I knew something wasn't right. I reported this behavior on Tuesday, and Thursday and including throughout March when I noticed the behavior Mr. Mendoza, Corporate, Ms. Gaskins, Mr. Morrissett, were conducting. I spoke to Mr. Tom on Tuesday, and I told him that I am quitting because I am being mistreated, retaliated against, and I feel that he is prejudice. Mr. Tom told me that I need to stay just a little longer because it will be over soon. Corporate knows what Mr. Mendoza is doing and they are aware of his actions. I told Mr. Tom about how Mr. Mendoza was threatening the children, falsifying their points, and removing them. Even though I reported the information, it seemed like I was being a troublemaker, so they ignored me. But the relationship between Mr. Larry Morrissett and Mrs. Leah Sorenson-Morrissett and Mr.

Alberto Mendoza (which was also married to Mrs. Heather Mendoza), and Ms. Brandi Gaskins was causing the facility to become a hostile environment between staff and the children. Even this information was reported to corporate and yet I was again ignored. I have been told by Mrs. Liz McCown that they will not listen to me because they do not see anything wrong the relationships even though they have violated the code of ethics. Even in my phone calls Ms. Phlonda Davis was on the phone call.

- o I was terminated and had to leave the property once I was finished packing my personal things even though I came to work and did my work and all I wanted was everyone to work productively and in compliance. When Mr. Mendoza was terminated, they demoted him and place him in another department. When Ms. Gaskins was demoted, she was reassigned to another position. And yet even though they were still under investigation from the Department of Childrens' Services they were allowed to continue to work.
- o There was a YSO (white) that was terminated for using his phone with a youth/child and he was allowed to return within 2 weeks. Another YSO (black) was terminated for the exact thing and was not allowed to return. The ironic part is the black YSO's phone fell out of his pocket while on the dorm because he did not have a place to put his phone. But the white YSO had a locker and did not place it in there. Having electronic devices on the dorms was a company violation.
- o The day I was terminated, I told Mr. Mendoza that he needed to clean up the facility and focus on treating staff and the children right, he stated, I could care less what those kids and staff wants as long as Jason Crews like me I don't care. I asked him to repeat it, and he did. Ms. Kemble heard him say it.
- o Ms. Kemble told people that I was being aggressive toward her, and I never spoke to her much, I emailed her when I found out that she was throwing me under the bus for things that I did not know I did.

- I had to provide the Child Abuse Hotline to some of the children as requested and mandated by the State if there is a sign of neglect or abuse. And I also told the children to report it to their family and friends. I was an employee in Human Resources, that's what I am supposed to do, it's in the policy and mandates for the state. I even had to report a child needing to be transported because of the several suicide attempts that Mrs. Sorenson-Morrissett and staff ignored. He was transported within 24 hours. The ironic part of this story is that it was Mr. Crews' nephew. I didn't know that until someone told me after he left. I was told going forward that I was not allowed to report anything else, and I need to stay in my lane as a trainer.

After my complaint, a meeting was called, and, in the meeting, management spoke about working on changing the culture. The employees asked what is meant my culture and no one in management could give any explanation.

Mr. Mendoza and Mr. Morrissett stated that the culture need to change for the facility. We never received a reason for this response. Not to mention, that we were not allowed to discuss it beyond the meeting. In addition, we were as diverse as we could get, we did not have control over applicants that want a position. We only had control over who to hire with right qualifications and criteria. The facility was majority black/African American. At that location that is all that were applying. I expressed that at that location that black people were the dominant race because of the communities in the area. We welcomed all races no matter what, but some people just don't like working for juvenile and adult criminal facilities. We couldn't force everyone to apply because the culture needed to change. The change needed to come with corporate on down. The facility needed to correct several issues.

I also handed out grievance forms due to the conduct of management.

The staff was having issues with the prejudices in the workplace, so I provided grievance forms for them. They also had issues with their timesheets. Ms. Erika Kemble would alter the staff time on the timesheets. She told me Mr. Allen White told her to alter the clock to help with overtime issues instead of mandating another reporting process or reprimanding those that violate the policy. Instead, they would alter the clock to reflect the wrong time. I requested my last time sheet a few times, and Ms. Kemble refused to provide me my last time sheet. After she had told me what Mr. Allen stated, I requested my timesheet week and encouraged the staff as well. Ms. Kemble was told not to provide timesheets to employees by Mr. Allen White. I always kept a record through my excel spreadsheet to ensure I was paid accurately.

I was terminated on April 17, 2020, and was told my termination was due to performance, conduct towards staff and negative culture.

When I contacted the Labor Department, I was told that this was an invalid reason to terminate someone and that I was terminated due to retaliation as well because I was reporting the violations listed in their policies and Department of Childrens' Services. My performance was never an issue because I was at work from sunup to sundown. 7 days a week. My shift started when I opened my eyes. I was always trying to find new and better ways to train and provide adequate information through training. I fussed about things that weren't right. You could not trust upper management and some staff because of the manipulation and defiance to be compliant. I was a hard worker despite the flaws. All these reasons lead back to Ms. Kemble, Mr. Mendoza, and Ms. Gaskins. Even though I reported how they treated me, I was the one to be terminated. No one sat down had a meeting. I never received a write up. I never received a verbal warning, yet I was terminated because Ms. Gaskins needed a position because she was under investigation, Mr. Mendoza's girlfriend, and I was the sitting duck.

I was told by staff that the training did not go well with Ms. Gaskins because she did not know what to do. She was not qualified. The staff complained and wanted me to return.

I feel that my termination was in retaliation for the ethics complaint and my continuing actions of advocating for a non-discriminatory workplace for myself and other race(black) employees.

This is correct. I never wanted to get to this point but there were so many violations and through my experience and policy driven attitude I had to report those violations to remain in compliance. It's in the policies. The staff even complained about Jason Crews visiting the facility and would not talk to anyone. Only but the white staff and certain black staff.

I have pictures that I want upload as well that Mrs. McCown had on my FB page. There is plenty information that I probably missed. I wanted to provide as much as I can remember at this point.

*Waynetta Patterson*

Show original message

- 

**waynetta patterson** <waynettapatterson33@yahoo.com>

**To:**KAREN BROADWAY

Sun, Jan 9 at 7:43 PM

Good Morning,

Hope all is well.

I just wanted to follow-up with you regarding my response to your email.

I know that was a lot of information. I hope this has helped my claim. I had gotten discouraged because I hadn't heard anything.

I do not want to be difficult but this company has created a hostile environment because of how the employees were treated.

I also add to the information, that when we were told we couldn't receive a raise, the upper management was provided raises, I was told this by one of the employees in corporate.

Thanks So Much.

*Waynetta Patterson*

Show original message

- 

**waynetta patterson** <waynettapatterson33@yahoo.com>

**To:**KAREN BROADWAY

Tue, Jan 11 at 7:53 AM

Good Morning,

I wanted to also add the pics that I didn't get a chance to add.

Sent from Yahoo Mail for iPhone

Show original message

- o
- o
- o
- o

- **Reply**
- ,
- **Reply All**
-  or
- **Forward**