UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WAYNETTA PATTERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:22-cv-00299 |
| | ) Judge Trauger |
| WAYNE HALFWAY HOUSE, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Waynetta Patterson has filed an amended complaint under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. (Doc. No. 12.) As a threshold matter, "individual supervisors cannot be liable for employment discrimination under Title VII." *Eng. v. Advance Auto Parts Store #3200*, No. 3:20-cv-00959, 2021 WL 3088260, at *3 (M.D. Tenn. July 22, 2021) (citing *Wathen v. General Elec. Co.*, 115 F.3d 400, 406 (6th Cir.1997)); *see also Mitchell v. Fujitec Am., Inc.*, 518 F. Supp. 3d 1073, 1100 (S.D. Ohio 2021) ("Title VII does not include individual liability, even for supervisors."). Here, however, the amended complaint names six individual defendants. Although two entities (Standing Tall Music City and Wayne Halfway House, LLC) are briefly mentioned in the amended complaint, neither is identified as a defendant and the court cannot readily discern the plaintiff's intent. *See Brown v. Mastauszak*, 415 F. App'x 608, 613 (6th Cir. 2011) ("[A] court cannot create a claim which [a plaintiff] has not spelled out in his pleading.").

Because the plaintiff has demonstrated an interest in pursuing this matter, the court will allow submission of a second amended complaint within **30 DAYS** of the date this order is entered on the docket. The second amended complaint should clarify the named defendants; state all claims

against those defendants; and provide factual allegations sufficient to show a plausible right to relief on those claims. The second amended complaint should operate as a complete document on its own without incorporating any prior filing, and it will replace the prior complaints for all purposes. If the plaintiff does not submit a second amended complaint or request an extension of time by the deadline, the court will proceed with initial review of the existing amended complaint. The Clerk **SHALL** mail the plaintiff a blank complaint for employment discrimination (Pro Se 7).

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge