# Mr. Allen, can you cancel my CPR.. Mr Mendoza terminates me today.. thanks again

6:03 PM

Def. Supp. Response to Req. for Prod.
Bates-stamped No.    DEF001875